**Steven Erick RILEY, Petitioner— Appellant**

v.

**L.E. SCRIBNER, Warden, Respondent— Appellee.**

No. 06-56806.

United States Court of Appeals, Ninth Circuit.

Submitted April 22, 2008.*

Filed May 2, 2008.

Steven Erick Riley, Calipatria, CA, pro se.

Gerorge H. Williamson, Dag, AGCA–Office of the California Attorney General (LA), Los Angeles, CA, for Respondent–Appellee.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Steven E. Riley, a California state prisoner, appeals pro se from the summary dismissal of his 28 U.S.C. § 2254 habeas corpus petition claiming denial of due process and other constitutional rights because he did not receive a parole hearing until three years after the statutorily required time. We affirm the district court's holding that the case is moot. Riley has received a hearing and thus already has received the only remedy to which he would be entitled. *See Burnett v. Lampert,* 432 F.3d 996, 999 (9th Cir.2005) (discussing mootness); *Benny v. U.S. Parole Comm'n,* 295 F.3d 977, 989–90 (9th Cir. 2002) (holding that remedy for federal prisoner entitled to parole termination hearing was mandamus petition ordering hearing).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).